208 F.3d 1102 (9th Cir. 2000)
 HAROLD F. RICE,Plaintiff-Appellant,
v.
BENJAMIN J. CAYETANO,Governor of the State of Hawaii;MAZIE K. HIRONO, Lieutenant ORDER Governor of the State of Hawaii,Defendants-Appellees. No. 97-16095
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed April 5, 2000
 
 On Remand from the United States Supreme Court. D.C. No. CV-96-00390-DAE
 Before: James R. Browning, Melvin Brunetti, and Pamela Ann Rymer, Circuit Judges.
 
 ORDER:
 
 1
 Pursuant to the mandate of the United States Supreme Court certified on March 14, 2000, in Rice v. Cayetano, No. 98-818, we vacate our opinion at 146 F.3d 1075 (9th Cir. 1998), reverse the district court, and remand for further proceedings which are consistent with the opinion of the Supreme Court